Memorandum Decisions.

EX PARTE JOHN DINKINS.

Writ of Error to Circuit Court Suwannee county.

*J. B. Johnson* and *A. J. Henry*, for Plaintiff in Error.

*William B. Lamar, Attorney-General*, for the State.

Information against John Dinkins for unlawfully selling spirituous, vinous and malt liquors. On *habeas corpus* proceedings before the Judge of the Circuit Court the petitioner was remanded to the custody of the sheriff, and the petitioner takes writ of error. Motion to strike from the transcript of record what purports to be a statement of the evidence or bill of exceptions granted, and the judgment is affirmed.

Decision Per Curiam.